Erin Colón
EARTHJUSTICE
310 K Street Suite 508
Anchorage, AK 99501
T: 907.277.2500
E: ecolon@earthjustice.org

Olivia Glasscock
EARTHJUSTICE
325 Fourth Street
Juneau, AK 99801
T: 907.586.2751
E: oglasscock@earthjustice.org

*Attorneys for Plaintiffs Village of Solomon, Native Village of Council, King Island Native Community, Chinik Eskimo Community, and Native Village of White Mountain*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| VILLAGE OF SOLOMON *et al.*, | ) |
| *Plaintiffs*, | ) Case No. 3:25-cv-00073 |
| v. | ) |
| U.S. ARMY CORPS OF ENGINEERS PACIFIC OCEAN DIVISION *et al.*, | ) |
| *Defendants*. | ) |

**MOTION TO WITHDRAW**

Pursuant to Local Civil Rule 11.1(c), Plaintiffs Village of Solomon, Native Village of Council, King Island Native Community, Chinik Eskimo Community, and Native Village of White Mountain hereby move for leave to withdraw Carole A. Holley as their counsel in the above-captioned case.

Ms. Holley's last day of employment with Earthjustice was December 31, 2025. Erin Colón and Olivia Glasscock will remain as counsel for Plaintiffs.

Respectfully submitted this 8th day of January, 2026

*s/ Olivia Glasscock*
Olivia Glasscock (Alaska Bar No. 1809072)
Erin Colón (Alaska Bar No. 1508067)
EARTHJUSTICE

*Attorneys for Plaintiff Village of Solomon, Native Village of Council, King Island Native Community, Chinik Eskimo Community, and Native Village of White Mountain*

*Village of Solomon et al. v. U.S. Army Corps of Eng'rs Pac. Ocean Div. et al.*,
Case No.3:25-cv-00073-SLG                                                                                   1

# CERTIFICATE OF COMPLIANCE WITH WORD LIMITS

I certify that this document contains 66 words, excluding items exempted by Local Civil Rule 7.4(a)(4), and complies with the word limits of Local Civil Rule 7.4(a)(2).

Dated: January 8, 2026.

        *s/ Olivia Glasscock*
        Olivia Glasscock (Alaska Bar No. 1809072)
        EARTHJUSTICE

CERTIFICATE OF SERVICE

I certify that on January 8, 2026, a copy of the foregoing MOTION TO WITHDRAW, with proposed order, was served electronically through the CM/ECF system on counsel of record.

*s/ Olivia Glasscock*
Olivia Glasscock (Alaska Bar No. 1809072)
EARTHJUSTICE